1  TOMIO B. NARITA (SBN 156576)
   ARVIN C. LUGAY (SBN 242599)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  alugay@snllp.com

6  Attorneys for defendant
   JP Morgan Chase National Corporate Services, Inc.
7

8
9                       UNITED STATES DISTRICT COURT
10                      EASTERN DISTRICT OF CALIFORNIA
11                           SACRAMENTO DIVISION

12
   PRAKASH NARAYAN,                    )   CASE NO.: 2:10-CV-03115 FCD-KJM
13                                     )
                                       )
14        Plaintiff,                   )
                                       )   **ORDER GRANTING STIPULATION**
15        vs.                          )   **AND JOINT REQUEST FOR**
                                       )   **DISMISSAL PURSUANT TO FED. R.**
16                                     )   **CIV. P. 41**
                                       )
17 BEST BUY, GATEWAY, INC., JP         )
   MORGAN CHASE NATIONAL               )
18 CORPORATE SERVICE INC.              )
                                       )
19                                     )
          Defendants.                  )
20                                     )

21
22
23
24
25
26
27
28

1
2   Pursuant to the stipulation and joint request, IT IS HEREBY ORDERED that
3   the action of plaintiff Prakash Narayan against defendant JP Morgan Chase National
4   Corporate Services, Inc., be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii)
5   of the Federal Rules of Civil Procedure, with each party bearing its own costs and
6   attorneys' fees.
7   **IT IS SO ORDERED.**
8
9   DATED: March 2, 2011                    _____
                                            FRANK C. DAMRELL, JR.
10                                          UNITED STATES DISTRICT JUDGE